RUTLAND COUNTRY CLUB, INC. v. CITY OF RUTLAND, No. 236-79

April 9, 1980. The appellant shall evidence, by May 9, 1980, its application to the Board for the certification of questions of law or the appeal shall be dismissed.

STATE of Vermont v. Ronald HEMINGWAY, No. 246-79

April 9, 1980. Appellant's brief and printed case shall be filed by May 9, 1980, or the cause shall be dismissed.

Douglas LITTLEFIELD v. Patrick and Louise LAMPHERE, No. 253-79

April 9, 1980. Appellee's brief shall be filed by May 9, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.

A. Bradford CALDWELL v. Mr. and Mrs. George SHOVER, No. 273-79

April 9, 1980. Appellee's brief shall be filed by May 9, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.

IN RE GRIEVANCE OF James HARRISON, No. 278-79

April 9, 1980. The appellant shall evidence, by May 9, 1980, his application to the Board for the certification of questions of law or the appeal shall be dismissed.

STATE of Vermont v. William F. DAVIS, No. 336-79

April 9, 1980. Appellee's brief shall be filed by May 9, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.

DAN HOLSER EXCAVATING, INC. v. HOME SERVICE CORPORATION, No. 368-79

April 9, 1980. Appellee's brief shall be filed by May 9, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.

O'BRYAN CONSTRUCTION COMPANY, INC. v. BOISE CASCADE CORPORATION, No. 369-79

April 9, 1980. Appellee's brief shall be filed by May 9, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to being allowed to argue orally.